IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SCHMITZ, | No. C-09-05507 EDL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NIAGRA CREDIT SOLUTIONS, INC., | |
| Defendant. / | |

On February 18, 2010, Plaintiff informed the Court that the parties had reached a settlement in this case. Accordingly, the initial case management conference is continued from March 9, 2010 to April 20, 2010 at 10:00 a.m. The parties shall file a joint case management conference statement no later than April 13, 2010. If the parties have not finalized the settlement by that date, they may request a further continuance of the case management conference.

**IT IS SO ORDERED.**

Dated: February 25, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge